**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mediquip, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0739572** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **280 Broadway, Suite D**<br>**Bethpage, NY 11714-3716**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Nassau**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Mediquip, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

**A.** *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

          6216

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Eastern District of New York** | When | **10/24/19** | Case number | **8-19-77310-las** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **Mediquip, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Debtor | **Mediquip, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Mediquip, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 31, 2021**
_____
MM / DD / YYYY

**X** **/s/ Sonia Carrero**
_____
Signature of authorized representative of debtor

**Sonia Carrero**
_____
Printed name

Title   **Chief Executive Officer**
_____

**18. Signature of attorney**

**X** **/s/ Heath S. Berger**
_____
Signature of attorney for debtor

Date   **March 31, 2021**
_____
MM / DD / YYYY

**Heath S. Berger**
_____
Printed name

**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
_____
Firm name

**6901 Jericho Turnpike**
**Suite 230**
**Syosset, NY 11791**
_____
Number, Street, City, State & ZIP Code

Contact phone   **516-747-1136**   Email address   **hberger@bfslawfirm.com/gfischoff@bfslawfirm.com**
_____                                  _____

**hb-7802 NY**
_____
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Mediquip, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP Two Huntington Quadrangle Melville, NY 11747 | | Services | | | | $14,000.00 |
| Amanda Ten/Occupational Ten Inc 100 South Fordham Road Hicksville, NY 11802 | | Loan | | | | $20,000.00 |
| AmerisourceBergen Drug Corporation 1300 Morris Drive Wayne, PA 19087 | | Trade payables | | | | $8,444.53 |
| Capital One P.O. Box 30281 Salt Lake City, UT 84130 | | Credit card | | | | $14,556.63 |
| Concordance 60 Distribution Boulevard Edison, NJ 08817 | | Services/goods sold | Disputed | | | $299,967.63 |
| Erick Maisonave Maisonave Business Services 6863 108th Street, Apt. 1B Forest Hills, NY 11375 | | Services/goods sold | Disputed | | | $10,000.00 |
| Garfunkel Wild, P.C. 111 Great Neck Road, Suite 600 Great Neck, NY 11021 | | Services | Disputed | | | $8,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor  **Mediquip, Inc.**                                    Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Infiniti Medical Solutions LLC 50 Randolph Road Suite A2 Somerset, NJ 08873** | | **Equipment rentals** | | | | **$51,398.00** |
| **Integrated Medical Systems Inc Frank J Ryan Attoney at Law PO Box 156 Oak Forest, IL 60452** | | **Goods sold/property rental** | **Disputed** | | | **$62,222.49** |
| **IRS Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346** | | **Various taxes** | | | | **$34,083.03** |
| **McKesson Corporation 6555 State Highway 161 Irving, TX 75039** | | **Goods sold** | **Disputed** | | | **$53,353.77** |
| **Medline Industries Inc Three Lakes Drive Winnetka, IL 60093** | | **Goods sold** | **Disputed** | | | **$22,849.29** |
| **Neopost USA Inc. 478 Wheelers Farms Road Milford, CT 06461** | | **Services** | | | | **$100.00** |
| **New York State Insurance Fund 8 Coroprate Center Drive Melville, NY 11747** | | **Insurance** | | | | **$5,000.00** |
| **NYS Department of Taxation & Finance Bankruptcy Unit-TCD Bldg 8 Room 455 Albany, NY 12227** | | **Corp Taxes; Account nos.: XXXX2291 & XXXX3447** | | | | **$3,673.85** |
| **NYS Department of Taxation & Finance Bankruptcy Unit-TCD Bldg 8 Room 455 Albany, NY 12227** | | **Witholding taxes** | | | | **$217.96** |
| **Saps Drug Wholesale Inc 651-55 Timpson Place Bronx, NY 10455** | | **Goods sold** | | | | **$72,867.92** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Mediquip, Inc.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Staples Inc. 500 Staples Drive Framingham, MA 01702** | | **Goods sold** | | | | **$425.00** |
| **Triple Crown Respiratory Therapy PC 1226 West Broadway Suite L3 Hewlett, NY 11557** | | **Goods sold** | | | | **$57,211.04** |
| **Twin Med 121 Enterprise Avenue S Secaucus, NJ 07094** | | **Goods sold** | **Disputed** | | | **$21,586.21** |

| Fill in this information to identify the case: |
|---|

Debtor name  **Mediquip, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
     amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| 2.1 | **Alpha Capital Source, Inc.** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**All property**                                                          $66,329.52          Unknown

**734 West Broadway**
**Woodmere, NY 11598**
Creditor's mailing address

Describe the lien
**Naked UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**Prior to 10/19**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

| 2.2 | **CHTD Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**All assets**                                                          Unknown          Unknown

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe the lien
**Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**Prior to 10/19**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Mediquip, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

■
 **No**
☐ Yes. Specify each creditor,
including this creditor and its
relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **De Lage Landen Financial Services, Inc.** |
|---|---|

Creditor's Name

**111 Old Eagle School Road
Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Prior to 10/19**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Equipment subject to lease**

**Describe the lien**

**Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        Unknown

---

| 2.4 | **GFE NY, LLC dba Global Funding Experts** |
|---|---|

Creditor's Name

**307 W. 38th Street
Suite 1106
New York, NY 10018**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Prior to 10/19**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**All assets**

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

$183,770.00        Unknown

---

| 2.5 | **H.D. Smith Wholesale Drug Company, Inc.** |
|---|---|

Creditor's Name

**d/b/a Amerisourcebergen
Drug Corporation
1300 Morris Drive
Wayne, PA 19087**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**All assets**

**Describe the lien**

$8,444.57        Unknown

---

Debtor   **Mediquip, Inc.** _____        Case number (if known) _____
          Name

**Unknown**
**Is the creditor an insider or related party?**

Creditor's email address, if known          ■ No
                                            ☐ Yes
**Date debt was incurred**                  **Is anyone else liable on this claim?**
**Prior to 10/19**                          ☐ No
**Last 4 digits of account number**         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

| 2.6 | **Reliable Fast Cash, LLC** | **Describe debtor's property that is subject to a lien** | $59,497.06 | Unknown |
|-----|------------------------------|-----------------------------------------------------------|-------------|---------|

Creditor's Name                             **All assets**

**262A Albany Avenue**
**Brooklyn, NY 11213**
Creditor's mailing address                  **Describe the lien**
                                            **UCC-1**
                                            **Is the creditor an insider or related party?**
                                            ■ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ☐ No
**Prior to 10/19**                          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

| 2.7 | **Swift Financial LLC** | **Describe debtor's property that is subject to a lien** | $39,044.30 | Unknown |
|-----|--------------------------|-----------------------------------------------------------|-------------|---------|

Creditor's Name                             **All assets**

**as servicing agent for Web**
**Bank**
**3505 Silverside Road**
**Suite 200**
**Wilmington, DE 19810**
Creditor's mailing address                  **Describe the lien**
                                            **Loan**
                                            **Is the creditor an insider or related party?**
                                            ■ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ☐ No
**Prior to 10/19**                          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**9572**
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Mediquip, Inc.**                                    Case number (if known) _____
_____
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.8 | **Tru Capital** |
|---|---|

Creditor's Name

**c/o Jacob Verstandig, Esq.**
**1459 E, 13th Street**
**Brooklyn, NY 11230**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**Prior to 10/19**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**Judgment**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**$118,000.00**        **Unknown**

---

| 2.9 | **Unknown Company** |
|---|---|

Creditor's Name

**c/o Corporation Service Company**
**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**Prior to 10/19**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**Loan**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Unknown**        **Unknown**

---

| 2.10 | **Unkonwn Company** |
|---|---|

Creditor's Name

**c/o Corporation Service Company**
**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**Loan**

**Unknown**        **Unknown**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 5

Debtor    **Mediquip, Inc.**                                      Case number (if known) _____

        Name

 

_____          **Is the creditor an insider or related party?**

Creditor's email address, if known          ■ No

                                      ☐ Yes

**Date debt was incurred**                   **Is anyone else liable on this claim?**

**Prior to 10/19**                           ☐ No

**Last 4 digits of account number**          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

■ No                                         ☐ Contingent

☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative
priority.                                    ■ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$475,085.45** |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Alpha Capital Source Inc**<br>**Giuliano Law PC**<br>**445 Broadhollow Road**<br>**Suite 25**<br>**Melville, NY 11747** | Line __2.1__ | |
| **AmerisourceBergen Drug Corporation**<br>**227 Washington Street**<br>**Conshohocken, PA 19428** | Line __2.5__ | |
| **Jacob Verstandig, Esq.**<br>**1459 East 13th Street**<br>**Brooklyn, NY 11230** | Line __2.8__ | |
| **Reliable Fast Cash LLC**<br>**Zachter PLLC**<br>**2 University Plaza**<br>**Suite 205**<br>**Hackensack, NJ 07601** | Line __2.6__ | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

☐ Check if this is an
   amended filing

**Fill in this information to identify the case:**

Debtor name    **Mediquip, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$34,083.03** | **$3,516.51** |
|  | **IRS**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** |  |  |  |
|  | Date or dates debt was incurred<br>**2017, 2018 $ 2019** | Basis for the claim:<br>**Various taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,673.85** | **$3,173.85** |
|---|---|---|---|---|
|  | **NYS Department of Taxation &**<br>**Finance**<br>**Bankruptcy Unit-TCD**<br>**Bldg 8 Room 455**<br>**Albany, NY 12227** |  |  |  |
|  | Date or dates debt was incurred<br>**2012 & 2014** | Basis for the claim:<br>**Corp Taxes; Account nos.: XXXX2291 &**<br>**XXXX3447** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **Mediquip, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.96 | $217.96 |
|---|---|---|---|---|

**NYS Department of Taxation & Finance**
**Bankruptcy Unit-TCD**
**Bldg 8 Room 455**
**Albany, NY 12227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:
**Witholding taxes**

Last 4 digits of account number **6437**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00** |
|---|---|---|---|

**ADP**
**Two Huntington Quadrangle**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/19**
Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Amanda Ten/Occupational Ten Inc**
**100 South Fordham Road**
**Hicksville, NY 11802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/19**
Last 4 digits of account number **0738**

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.63** |
|---|---|---|---|

**American Express**
**PO Box 297814**
**Ft Lauderdale, FL 33329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/19**
Last 4 digits of account number **1005**

Basis for the claim: **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,444.53** |
|---|---|---|---|

**AmerisourceBergen Drug Corporation**
**1300 Morris Drive**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/19**
Last 4 digits of account number _

Basis for the claim: **Trade payables**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,556.63** |
|---|---|---|---|

**Capital One**
**P.O. Box 30281**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/19**
Last 4 digits of account number **9812**

Basis for the claim: **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Mediquip, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$299,967.63** |
|---|---|---|---|

**Concordance**
**60 Distribution Boulevard**
**Edison, NJ 08817**

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Services/goods sold**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deutsche Bank Trust**
**60 Wall Street**
**New York, NY 10005**

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Financial**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Erick Maisonave**
**Maisonave Business Services**
**6863 108th Street, Apt. 1B**
**Forest Hills, NY 11375**

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Services/goods sold**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Garfunkel Wild, P.C.**
**111 Great Neck Road, Suite 600**
**Great Neck, NY 11021**

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Global Funding**
**13240 SW 131st Street**
**Miami, FL 33186**

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Financial**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**I Kahn Capital**
**160 Pearl Street**
**New York, NY 10005**

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Financial**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,398.00** |
|---|---|---|---|

**Infiniti Medical Solutions LLC**
**50 Randolph Road**
**Suite A2**
**Somerset, NJ 08873**

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment rentals**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Mediquip, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address
**Integrated Medical Systems Inc**
**Frank J Ryan Attoney at Law**
**PO Box 156**
**Oak Forest, IL 60452**

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Goods sold/property rental**

Is the claim subject to offset? ■ No  ☐ Yes

**$62,222.49**

---

**3.14** | Nonpriority creditor's name and mailing address
**McKesson Corporation**
**6555 State Highway 161**
**Irving, TX 75039**

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number **0420**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Goods sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$53,353.77**

---

**3.15** | Nonpriority creditor's name and mailing address
**Medline Industries Inc**
**Three Lakes Drive**
**Winnetka, IL 60093**

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number **4886**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Goods sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,849.29**

---

**3.16** | Nonpriority creditor's name and mailing address
**Neopost USA Inc.**
**478 Wheelers Farms Road**
**Milford, CT 06461**

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.17** | Nonpriority creditor's name and mailing address
**New York State Insurance Fund**
**8 Coroprate Center Drive**
**Melville, NY 11747**

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ☐ No  ☐ Yes

**$5,000.00**

---

**3.18** | Nonpriority creditor's name and mailing address
**NYS Department of Labor**
**State Campus**
**Bldg 12 Rm 256**
**Albany, NY 12240**

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number **6547**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

**$69.32**

---

**3.19** | Nonpriority creditor's name and mailing address
**Saps Drug Wholesale Inc**
**651-55 Timpson Place**
**Bronx, NY 10455**

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number **0320**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods sold**

Is the claim subject to offset? ■ No  ☐ Yes

**$72,867.92**

---

| Debtor | **Mediquip, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Secured Lender Solutions, LLC**
P.O. Box 2576
Springfield, IL 62708

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Financial__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$425.00** |
|---|---|---|---|

**Staples Inc.**
500 Staples Drive
Framingham, MA 01702

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods sold__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sunknowledge Services, Inc.**
41 MAdison Avenue, Suite 2503
New York, NY 10010

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,211.04** |
|---|---|---|---|

**Triple Crown Respiratory Therapy PC**
1226 West Broadway
Suite L3
Hewlett, NY 11557

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods sold__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,586.21** |
|---|---|---|---|

**Twin Med**
121 Enterprise Avenue S
Secaucus, NJ 07094

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Goods sold__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14.80** |
|---|---|---|---|

**Unishippers**
67 West Main Street
Oyster Bay, NY 11771

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William Hill**
Fred Grafstein PC
2061 Deer Park Avenue
Deer Park, NY 11729

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Former shareholder__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Mediquip, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Yellowstone Capital LLC**
160 Pearl Street, 5th Floor
New York, NY 10005

Date(s) debt was incurred **Prior to 10/19**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Financial**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**Becket & Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Capital One Bank by American InfoSource**<br>**4515 N Santa Fe Avenue**<br>**Oklahoma City, OK 73118** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **McKesson Medical-Surgical Supply Inc**<br>**Stephanie Hampton**<br>**6651 Gate Parkway**<br>**Jacksonville, FL 32256** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Twin Med LLC**<br>**11333 Greenstone Avenue**<br>**Santa Fe Springs, CA 90670** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **William Hill**<br>**44 Mulholland Drive**<br>**North Babylon, NY 11703** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 37,974.84 |
| 5b. Total claims from Part 2 | 5b. + | $ | 722,093.26 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 760,068.10 |

**Fill in this information to identify the case:**

Debtor name  **Mediquip, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                     *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest  **Lease for commercial space** | |
| State the term remaining  **Expiring April 30, 2024** | **Mindie Realty, LLC**<br>**P.O. Box 866**<br>**Brookhaven, NY 11719** |
| List the contract number of any government contract  _____ | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Mediquip, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor** | | | Column 2: **Creditor** |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Sonia M. Carrero** | **20 Gardenia Lane**<br>**Levittown, NY 11756** | **Alpha Capital Source, Inc.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Sonia M. Carrero** | **20 Gardenia Lane**<br>**Levittown, NY 11756** | **CHTD Company** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Sonia M. Carrero** | **20 Gardenia Lane**<br>**Levittown, NY 11756** | **De Lage Landen Financial Services, Inc.** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Sonia M. Carrero** | **20 Gardenia Lane**<br>**Levittown, NY 11756** | **GFE NY, LLC dba Global Funding Experts** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Sonia M. Carrero** | **20 Gardenia Lane**<br>**Levittown, NY 11756** | **H.D. Smith Wholesale Drug Company, Inc.** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Mediquip, Inc.**_____   Case number *(if known)*_____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| | | | |
|---|---|---|---|
| 2.6 | **Sonia M. Carrero** | **20 Gardenia Lane**<br>**Levittown, NY 11756** | **Reliable Fast Cash, LLC** |

■ D ___**2.6**___
□ E/F _____
□ G _____

| | | | |
|---|---|---|---|
| 2.7 | **Sonia M. Carrero** | **20 Gardenia Lane**<br>**Levittown, NY 11756** | **Swift Financial LLC** |

■ D ___**2.7**___
□ E/F _____
□ G _____

| | | | |
|---|---|---|---|
| 2.8 | **Sonia M. Carrero** | **20 Gardenia Lane**<br>**Levittown, NY 11756** | **Tru Capital** |

■ D ___**2.8**___
□ E/F _____
□ G _____

| | | | |
|---|---|---|---|
| 2.9 | **Sonia M. Carrero** | **20 Gardenia Lane**<br>**Levittown, NY 11756** | **Unknown Company** |

■ D ___**2.9**___
□ E/F _____
□ G _____

| | | | |
|---|---|---|---|
| 2.10 | **Sonia M. Carrero** | **20 Gardenia Lane**<br>**Levittown, NY 11756** | **Unkonwn Company** |

■ D ___**2.10**___
□ E/F _____
□ G _____

**United States Bankruptcy Court**
**Eastern District of New York**

In re   **Mediquip, Inc.**                       Case No.
                                 Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **March 31, 2021**                      **/s/ Sonia Carrero**

                                               **Sonia Carrero**/**Chief Executive Officer**
                                               Signer/Title

Date:    **March 31, 2021**                      **/s/ Heath S. Berger**

                                                 Signature of Attorney
                                                 **Heath S. Berger**
                                                 **Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
                                                 **6901 Jericho Turnpike**
                                                 **Suite 230**
                                                 **Syosset, NY 11791**
                                                 **516-747-1136**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

ADP
Two Huntington Quadrangle
Melville NY 11747


Alpha Capital Source Inc
Giuliano Law PC
445 Broadhollow Road
Suite 25
Melville NY 11747


Alpha Capital Source, Inc.
734 West Broadway
Woodmere NY 11598


Amanda Ten/Occupational Ten Inc
100 South Fordham Road
Hicksville NY 11802


American Express
PO Box 297814
Ft Lauderdale FL 33329


American Express
Becket & Lee LLP
PO Box 3001
Malvern PA 19355


AmerisourceBergen Drug Corporation
1300 Morris Drive
Wayne PA 19087


AmerisourceBergen Drug Corporation
227 Washington Street
Conshohocken PA 19428


Capital One
P.O. Box 30281
Salt Lake City UT 84130


Capital One Bank by American InfoSource
4515 N Santa Fe Avenue
Oklahoma City OK 73118

CHTD Company
P.O. Box 2576
Springfield IL 62708


Concordance
60 Distribution Boulevard
Edison NJ 08817


De Lage Landen Financial Services, Inc.
111 Old Eagle School Road
Wayne PA 19087


Deutsche Bank Trust
60 Wall Street
New York NY 10005


Erick Maisonave
Maisonave Business Services
6863 108th Street, Apt. 1B
Forest Hills NY 11375


Garfunkel Wild, P.C.
111 Great Neck Road, Suite 600
Great Neck NY 11021


GFE NY, LLC dba Global Funding Experts
307 W. 38th Street
Suite 1106
New York NY 10018


Global Funding
13240 SW 131st Street
Miami FL 33186


H.D. Smith Wholesale Drug Company, Inc.
d/b/a Amerisourcebergen Drug Corporation
1300 Morris Drive
Wayne PA 19087


I Kahn Capital
160 Pearl Street
New York NY 10005

Infiniti Medical Solutions LLC
50 Randolph Road
Suite A2
Somerset NJ 08873


Integrated Medical Systems Inc
Frank J Ryan Attoney at Law
PO Box 156
Oak Forest IL 60452


IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346


Jacob Verstandig, Esq.
1459 East 13th Street
Brooklyn NY 11230


McKesson Corporation
6555 State Highway 161
Irving TX 75039


McKesson Medical-Surgical Supply Inc
Stephanie Hampton
6651 Gate Parkway
Jacksonville FL 32256


Medline Industries Inc
Three Lakes Drive
Winnetka IL 60093


Mindie Realty, LLC
P.O. Box 866
Brookhaven NY 11719


Neopost USA Inc.
478 Wheelers Farms Road
Milford CT 06461


New York State Insurance Fund
8 Coroprate Center Drive
Melville NY 11747

NYS Department of Labor
State Campus
Bldg 12 Rm 256
Albany NY 12240


NYS Department of Taxation & Finance
Bankruptcy Unit-TCD
Bldg 8 Room 455
Albany NY 12227


NYS Department of Taxation & Finance
Bankruptcy Unit-TCD
Bldg 8 Room 455
Albany NY 12227


Reliable Fast Cash LLC
Zachter PLLC
2 University Plaza
Suite 205
Hackensack NJ 07601


Reliable Fast Cash, LLC
262A Albany Avenue
Brooklyn NY 11213


Saps Drug Wholesale Inc
651-55 Timpson Place
Bronx NY 10455


Secured Lender Solutions, LLC
P.O. Box 2576
Springfield IL 62708


Sonia M. Carrero
20 Gardenia Lane
Levittown NY 11756


Sonia M. Carrero
20 Gardenia Lane
Levittown NY 11756


Sonia M. Carrero
20 Gardenia Lane
Levittown NY 11756

```
Sonia M. Carrero
20 Gardenia Lane
Levittown NY 11756


Sonia M. Carrero
20 Gardenia Lane
Levittown NY 11756


Sonia M. Carrero
20 Gardenia Lane
Levittown NY 11756


Sonia M. Carrero
20 Gardenia Lane
Levittown NY 11756


Sonia M. Carrero
20 Gardenia Lane
Levittown NY 11756


Sonia M. Carrero
20 Gardenia Lane
Levittown NY 11756


Sonia M. Carrero
20 Gardenia Lane
Levittown NY 11756


Staples Inc.
500 Staples Drive
Framingham MA 01702


Sunknowledge Services, Inc.
41 MAdison Avenue, Suite 2503
New York NY 10010


Swift Financial LLC
as servicing agent for Web Bank
3505 Silverside Road
Suite 200
Wilmington DE 19810
```

Triple Crown Respiratory Therapy PC
1226 West Broadway
Suite L3
Hewlett NY 11557


Tru Capital
c/o Jacob Verstandig, Esq.
1459 E, 13th Street
Brooklyn NY 11230


Twin Med
121 Enterprise Avenue S
Secaucus NJ 07094


Twin Med LLC
11333 Greenstone Avenue
Santa Fe Springs CA 90670


Unishippers
67 West Main Street
Oyster Bay NY 11771


Unknown Company
c/o Corporation Service Company
P.O. Box 2576
Springfield IL 62708


Unkonwn Company
c/o Corporation Service Company
P.O. Box 2576
Springfield IL 62708


William Hill
Fred Grafstein PC
2061 Deer Park Avenue
Deer Park NY 11729


William Hill
44 Mulholland Drive
North Babylon NY 11703


Yellowstone Capital LLC
160 Pearl Street, 5th Floor
New York NY 10005